IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| ROBERT SPENCER,<br><br>   Plaintiff,<br><br> v.<br><br>KENNETH FALZINI, *et al.*<br><br>   Defendants. | Case No. 1:18-cv-1764<br><br>Judge Donald C. Nugent |
| **JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** ||

  The parties have reached final agreement on settlement terms, and jointly move to continue the case management conference set for tomorrow, November 29, 2018, at 8:45 A.M., for one month.

  For cause, the parties state that they have finalized the monetary and non-monetary terms that remained open as of their last filing, ECF Doc. No. 10, at 1-2, and have begun executing and arranging payment of the settlement's monetary sum. The parties have been working diligently to complete the remaining administrative and procedural tasks, and expect to complete execution and payment, and notice dismissal, within two weeks.

Respectfully submitted,

| | |
|---|---|
| */s/ Patrick Kabat* | */s/ Daniel J. Rudary* |
| Subodh Chandra (OH Bar No. 0069233) | Daniel J. Rudary (0090482) |
| Patrick Kabat (NY Bar No. 5280730) | Robert A. Hager (0040196) |
| THE CHANDRA LAW FIRM LLC | BRENNAN, MANNA & DIAMOND, LLC |
| 1265 West 6th Street | 75 E. Market Street |
| Cleveland, Ohio 44113 | Akron, OH 44308 |
| T: 216.578.1700 | T: (330) 253-5060 |
| F: 216.578.1800 | F: (330) 253-1977 |

| | |
|---|---|
| Subodh.Chandra@ChandraLaw.com<br>Patrick.Kabat@ChandraLaw.com | djrudary@bmdllc.com<br>rahager@bmdllc.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## Certificate of Service

The foregoing document was served on all parties by operation of the Court's e-filing system on November 28, 2018:

>    */s/  Patrick Kabat*
>    *One of the Attorneys for Plaintiff*